FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 JAN -5 PM 4: 19

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **Bruce Conder**<br>**Sherrie Conder**<br>SSN: XXX-XX-9489<br>SSN: XXX-XX-9834<br><br>Debtor(s) | Case No. 09-28192 JTM<br>Chapter 7  |

### NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On December 29, 2010, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:

T\ConderNoticeofPymtSmDividends         1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 16. | GE Money Bank c/o Recovery Mgmt | 25 S.E. 2nd Ave Ste 1120 Miami, FL 33131 | $1.01 |
| 17. | GE Money Bank c/o Recovery Mgmt | 25 S.E. 2nd Ave Ste 1120 Miami, FL 33131 | $0.95 |

3. These funds are on deposit in Bank of America, account number 4437800125.

4. Checks in the amount of One Dollar and One Cent ($1.01) and Ninety-Five Cents ($0.95), representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** January 3, 2011

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

T:\ConderNoticeofPymtSmDividends                    2

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT 84111
>
> Bruce Conder & Sherrie Conder
> 1320 Indiana Avenue
> Salt Lake City, UT 84104
>
> Jory L. Trease
> 254 West 400 South
> Suite 303
> Salt Lake City, UT 84101

*Renee Christensen*

T\ConderNoticeofPymtSmDividends                    3

Date: 01/03/11 | | | | Page:
---|---|---|---|---

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-28192 - Conder, Bruce

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Florida 33131<br>  acct # 4862 | 000016 | 72.78 | 1.01 |
| GE Money Bank<br>Care of Recovery Management Systems Corp<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, Florida 33131<br>  acct # 3209 | 000017 | 67.72 | 0.95 |
| ---------- Remittance Total --------------- | | 140.50 | 1.96 |

Elizabeth R. Loveridge, Trustee